JESSICA LEWIS (SBN 302467)
Jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAKER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A SMITH,<br><br>                    Defendants, | Case No. 2:24-cv-00369-MEMF-SSC<br><br><br>**DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**<br><br>Hon. Judge Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br>Date: February 13, 2025<br>Time: 2:00 p.m. |

**DEFENDANTS' CONSENTED TO MOTION
TO TRANSFER VENUE**                                      Case No. 2:24-cv-00369-MEMF-SSC

PLEASE TAKE NOTICE that on February 13, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 8B, 350 West First Street, Los Angeles, CA, 90012, before the Honorable Maame Ewusi-Mensah Frimpong, Defendants Cummins Inc. ("Cummins" or the "Company"), N. Thomas Linebarger, Jennifer Rumsey, and Mark A. Smith (collectively, "Defendants"), will and do move the Court for transfer of this case to the U.S. District Court for the Southern District of Indiana, pursuant to 28 U.S.C. § 1404(a) and based on considerations of (1) convenience to the parties and witnesses and (2) interests of justice. In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Jessica Lewis, and the Declaration of Luther Peters.

As further detailed in the Declaration of Jessica Lewis, the parties met and conferred on December 13, 2024, pursuant to Local Rule 7-3, regarding the filing of this motion. At that time, the Plaintiffs consented to the transfer of this action to the Southern District of Indiana and to the waiver of any hearing on this motion.

Dated: January 6, 2025

Respectfully submitted,

/s/ Jessica Lewis

Jessica Lewis (SBN 302467)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, California, 94111
Jessica.lewis@wilmerhale.com
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Counsel for Defendants*

2

**DEFENDANTS' CONSENTED TO MOTION
TRANSFER VENUE**                                           Case No. 2:24-cv-00369-MEMF-SSC

**CERTIFICATE OF SERVICE**

I, Jessica Lewis, hereby declare under penalty of perjury as follows: I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, with offices at One Front Street, Suite 3500 San Francisco, CA 94111. I am over the age of eighteen.

On January 6, 2025, I electronically filed this Consented to Motion to Transfer Venue with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel or record.


Dated: January 6, 2025

/s/ *Jessica Lewis*
Jessica Lewis

---

**DEFENDANTS' CONSENTED TO MOTION**
**TRANSFER VENUE**

3