# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TOM BAKER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A SMITH,

Defendants.

Case No. 2:24-cv-00369-MEMF-SSC

**DECLARATION OF LUTHER PETERS IN SUPPORT OF DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**

Hon. Judge Maame Ewusi-Mensah Frimpong
Courtroom: 8B
Date: February 13, 2024
Time: 2:00 p.m.

**DECLARATION OF LUTHER PETERS IN SUPPORT OF**
**DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**                    Case No. 2:24-cv-00369-MEMF-SSC

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1.     I submit this declaration in connection with Defendants' Consented to Motion to Transfer Venue to the U.S. District Court for the Southern District of Indiana.  I have read Plaintiff's Complaint and am familiar with the factual allegations made in it through my review.

2.     I am over eighteen (18) years of age and I am competent to make this Declaration and testify to the matters stated herein.

3.     I am employed as the Vice President, Corporate Controller for Cummins Inc. ("Cummins"), working at Cummins headquarters in Columbus, Indiana.  I have been employed by Cummins for over 20 years.

4.     In my role, I have gained personal knowledge of Cummins, its operations, and its offices.  I have personal knowledge of the facts stated herein, or I have knowledge of such facts from my review of documents in this case and Cummins records, and, if called upon to do so, I could and would testify as stated herein.

5.     Cummins is a manufacturer of diesel and alternative fuel engines and generators, and related components and technology, with its headquarters and principal places of business in Columbus, Indiana.  Cummins is incorporated in Indiana and Cummins does not have a corporate office in California.

6.     Most Cummins executive officers and key employees are located in Indiana.

7.     Many of the employees who are involved in and knowledgeable about the events at issue in Plaintiffs' Complaint are located at Cummins's Indiana headquarters.

8.     Because Cummins's headquarters and relevant persons are in Indiana, any additional testimony from persons not yet contemplated is likely to be from persons located in Indiana as well.

**DECLARATION OF LUTHER PETERS IN SUPPORT OF DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**                                    Case No. 2:24-cv-00369-MEMF-SSC

Docusign Envelope ID: A360DA57-6FC1-4430-9377-F50FC8B355CB

9.    Many of the documents and records related to the allegations set forth in Plaintiff's Complaint are located in Indiana.  Additionally, the employees who will assist in the collection of information for the purposes of production in this case are primarily located in Indiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2024, in Columbus, Indiana.


_____

Luther Peters

3

**DECLARATION OF LUTHER PETERS IN SUPPORT OF
DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**

Case No. 2:24-cv-00369-MEMF-SSC