# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAKER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A SMITH,<br><br>     Defendants. | Case No. 2:24-cv-00369-MEMF-SSC<br><br>**DECLARATION OF JESSICA LEWIS IN SUPPORT OF DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**<br><br>Hon. Judge Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br>Date: February 13, 2025<br>Time: 2:00 p.m. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1.      I am an attorney admitted to practice before this Court, a member in good standing of the California State Bar, and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants.

2.      I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently thereto.

3.      On December 13, 2024, my colleagues Timothy Perla and Sonia Sujanani, counsel for Defendants, met and conferred with Plaintiff's counsel by telephone regarding the venue of this case and transferring the case to the U.S. District Court for the Southern District of Indiana.

4.      Plaintiff's counsel consented to a transfer of this action to the U.S. District Court for the Southern District of Indiana and to the filing of this motion.

5.      Plaintiff's counsel also agreed that because the parties agree that this motion should be granted, there is no need for a hearing on this motion and the parties wish to waive oral argument pursuant to L-R 7-15.

6.      Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Stipulation Consolidating Related Actions, Appointing Lead Counsel, and Temporarily Staying Derivative Action, issued on May 1, 2024, as ECF No. 24, in the action *Catherine M. Sugarbaker Family Trust, Michael Mongiello Trustee, U/A DTD 11/08/21 v. Jennifer W. Rumsey et al,* No. 2:24-cv-00975 (C. D. Cal. Feb. 5, 2024).

Attached hereto as **Exhibit B** is a true and correct copy of the Joint Status Report filed by the parties on August 23, 2024, as ECF No. 51, in the action *The Vladimir Gusinsky Revocable Tr. v. Rumsey et al*, No. 1:24-cv-00128 (S.D. Ind. Jan 19, 2024).I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2025, in Palo Alto, California.

2

**DECLARATION OF JESSICA LEWIS IN SUPPORT OF DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE**                    Case No. 2:24-cv-00369-MEMF-SSC

*/s/ Jessica Lewis*

Jessica Lewis

3