JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, AND MARK A SMITH,<br><br>Defendants. | Case No.: 2:24-cv-00369-MEMF-SSC<br><br>**ORDER GRANTING DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE [ECF NO. 35]** |

1

On January 6, 2025, Defendants filed a Consented to Motion to Transfer Venue to the U.S. District Court for the Southern District of Indiana.  The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the action shall be TRANSFERRED to the Southern District of Indiana.

IT IS SO ORDERED.

Dated: March 4, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge