ACCO,(SSCx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24–cv–00369–MEMF–SSC

| | |
|---|---|
| Tom Baker v. Cummins Inc. et al | Date Filed: 01/15/2024 |
| Assigned to: Judge Maame Ewusi–Mensah Frimpong | Date Terminated: 03/04/2025 |
| Referred to: Magistrate Judge Stephanie S. Christensen | Jury Demand: Plaintiff |
| Related Cases: 2:24–cv–00975–MEMF–SSC | Nature of Suit: 850 Securities/Commodities |
| 2:24–cv–01018–MEMF–SSC | Jurisdiction: Federal Question |

Cause: 15:78m(a) Securities Exchange Act

**Plaintiff**

**Tom Baker**
*Individually and on behalf of all others
similarly situated*

represented by **Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Movant**

**Richard Kraemer**

represented by **Laurence M. Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Kim**
Rosen Law Firm PA
275 Madison Avenue, 40th Floor
New York, NY 10016
212–686–1060
Fax: 212–202–3827
Email: philkim@rosenlegal.com
*PRO HAC VICE
ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cummins Inc.**

represented by **Jessica Lewis**
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
628–235–1160
Email: Jessica.Lewis@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**N. Thomas Linebarger**                                     represented by  **Jessica Lewis**
                                                                              (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*


**Defendant**

**Jennifer Rumsey**                                         represented by  **Jessica Lewis**
                                                                              (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*


**Defendant**

**Mark A. Smith**                                           represented by  **Jessica Lewis**
                                                                              (See above for address)
                                                                              *ATTORNEY TO BE NOTICED*


Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2024 | 1 | COMPLAINT Receipt No: ACACDC−36726149 – Fee: $405, filed by Plaintiff Tom Baker. (Attachments: # 1 Exhibit PSLRA Certification) (Attorney Laurence M. Rosen added to party Tom Baker(pty:pla))(Rosen, Laurence) (Entered: 01/15/2024) |
| 01/15/2024 | 2 | CIVIL COVER SHEET filed by Plaintiff Tom Baker. (Rosen, Laurence) (Entered: 01/15/2024) |
| 01/15/2024 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Tom Baker. (Rosen, Laurence) (Entered: 01/15/2024) |
| 01/15/2024 | 4 | *CERTIFICATION AND* NOTICE of Interested Parties filed by Plaintiff Tom Baker, (Rosen, Laurence) (Entered: 01/15/2024) |
| 01/16/2024 | 5 | NOTICE OF ASSIGNMENT to District Judge Maame Ewusi−Mensah Frimpong and Magistrate Judge Stephanie S. Christensen. (et) (Entered: 01/16/2024) |
| 01/16/2024 | 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (et) (Entered: 01/16/2024) |
| 01/16/2024 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 01/16/2024) |
| 01/16/2024 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith. (et) (Entered: 01/16/2024) |
| 02/02/2024 | 9 | TEXT ONLY ENTRY by Judge Maame Ewusi−Mensah Frimpong: This matter has been assigned to District Judge Maame Ewusi−Mensah Frimpong. The Court refers counsel to the Court's Initial Standing Order found on the Court's website under Judge Frimpong's Procedures and Schedules. Please read the Standing Order carefully. It is the responsibilities of the parties to maintain familiarly with the Standing Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version of the Standing Order. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 02/02/2024) |
| 02/22/2024 | 10 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Tom Baker. upon Cummins Inc. waiver sent by Plaintiff on 2/20/2024, answer due 4/22/2024; N. Thomas Linebarger waiver sent by |

| | | |
|---|---|---|
| | | Plaintiff on 2/20/2024, answer due 4/22/2024; Jennifer Rumsey waiver sent by Plaintiff on 2/20/2024, answer due 4/22/2024; Mark A. Smith waiver sent by Plaintiff on 2/20/2024, answer due 4/22/2024. Waiver of Service signed by Jessica N. Djilani. (Attachments: # 1 Waiver for Jennifer Rumsey, # 2 Waiver for Mark A. Smith, # 3 Waiver for N. Thomas Linebarger)(Rosen, Laurence) (Entered: 02/22/2024) |
| 03/15/2024 | 11 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Richard Kraemer. Motion set for hearing on 4/25/2024 at 10:00 AM before Judge Maame Ewusi–Mensah Frimpong. (Attachments: # 1 Proposed Order) (Attorney Laurence M. Rosen added to party Richard Kraemer(pty:mov)) (Rosen, Laurence) (Entered: 03/15/2024) |
| 03/15/2024 | 12 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Movant Richard Kraemer. (Rosen, Laurence) (Entered: 03/15/2024) |
| 03/15/2024 | 13 | DECLARATION of Laurence M. Rosen in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Movant Richard Kraemer. (Attachments: # 1 Exhibit 1. PSLRA Notice, # 2 Exhibit 2. PSLRA Certification, # 3 Exhibit 3. Loss Chart, # 4 Exhibit 4. Rosen Law Firm Resume)(Rosen, Laurence) (Entered: 03/15/2024) |
| 03/15/2024 | 14 | Certification and Notice of Interested Parties of Interested Parties filed by Movant Richard Kraemer, (Rosen, Laurence) (Entered: 03/15/2024) |
| 03/22/2024 | 15 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER CONTINUING PLAINTIFF'S MOTION OF RICHARD KRAEMER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL (ECF No. 11 ) by Judge Maame Ewusi–Mensah Frimpong: The Court, on its own motion, continues the Motion from April 25, 2024 to August 15, 2024 at 10:00 a.m. before Judge Maame Ewusi–Mensah Frimpong. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 03/22/2024) |
| 04/19/2024 | 16 | NOTICE of Appearance filed by attorney Jessica Lewis on behalf of Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith (Attorney Jessica Lewis added to party Cummins Inc.(pty:dft), Attorney Jessica Lewis added to party N. Thomas Linebarger(pty:dft), Attorney Jessica Lewis added to party Jennifer Rumsey(pty:dft), Attorney Jessica Lewis added to party Mark A. Smith(pty:dft))(Lewis, Jessica) (Entered: 04/19/2024) |
| 04/19/2024 | 17 | CORPORATE DISCLOSURE STATEMENT *and Notice of Interested Parties* filed by Defendant Cummins Inc. (Lewis, Jessica) (Entered: 04/19/2024) |
| 04/19/2024 | 18 | Notice Notice of Non–Opposition to the Motion of Richard Kraemer for Appointment as Lead Plaintiff and Approval of Choice of Counsel. filed by Movant Richard Kraemer. (Rosen, Laurence) (Entered: 04/19/2024) |
| 04/19/2024 | 19 | Notice filed by Movant Richard Kraemer. *Notice of Waiver of Oral Argument on the Unopposed Motion of Richard Kraemer for Appointment as Lead Plaintiff and Approval of Choice of Counsel* (Rosen, Laurence) (Entered: 04/19/2024) |
| 04/22/2024 | 20 | STIPULATION for Extension of Time to File /Respond to Complaint filed by Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith. (Attachments: # 1 Proposed Order)(Lewis, Jessica) (Entered: 04/22/2024) |
| 04/22/2024 | 21 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Notice of Appearance, 16 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123.. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice |

| | | |
|---|---|---|
| | | unless and until the Court directs you to do so. (ak) (Entered: 04/22/2024) |
| 04/25/2024 | 22 | ORDER CONCERNING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT 20 by Judge Maame Ewusi–Mensah Frimpong. Having considered the Parties Stipulation to Extend Time to Respond to Complaint, and good cause appearing, the deadline for Defendants to respond shall be extended until after a Lead Plaintiff has been appointed and an operative complaint has been filed or so designated. SO ORDERED. (yl) (Entered: 04/25/2024) |
| 08/02/2024 | 23 | STIPULATION for Order For Telephonic Appearance at the August 15, 2024 Lead Plaintiff Motion Hearing filed by Movant Richard Kraemer. (Attachments: # 1 Proposed Order)(Rosen, Laurence) (Entered: 08/02/2024) |
| 08/08/2024 | 24 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER CONTINUING MOVANT'S MOTION OF RICHARD KRAEMER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (ECF No. 11 ) by Judge Maame Ewusi–Mensah Frimpong: The Court, on its own motion, continues the Motion from August 15, 2024 to October 3, 2024 at 10:00 a.m. before Judge Maame Ewusi–Mensah Frimpong. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 08/08/2024) |
| 08/09/2024 | 25 | NOTICE OF NON–OPPOSITION to NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 11 filed by Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith. (Lewis, Jessica) (Entered: 08/09/2024) |
| 09/20/2024 | 26 | MINUTE ORDER RE OPPOSITION TO MOTION FOR APPOINTMENT OF COUNSEL AND APPOINTMENT OF LEAD PLAINTIFF by Judge Maame Ewusi–Mensah Frimpong. The Court hereby ORDERS that Plaintiff, or any other potential movant that may wish to oppose Kraemers Motion, must file an opposition by no later than 5:00 p.m. on Wednesday, September 25, 2024. Failure to do so may result in the Court deeming that Plaintiff has consented to the granting of the motion pursuant to Local Rule 7–12. Should Plaintiff or any other potential movant file an opposition by this deadline, Kraemer may file a Reply by no later than Monday, September 30, 2024. (See documents for further details) (yl) (Entered: 09/20/2024) |
| 09/27/2024 | 27 | STIPULATION for Order For Telephonic Appearance at the October 3, 2024 Lead Plaintiff Motion Hearing filed by Movant Richard Kraemer. (Attachments: # 1 Proposed Order)(Rosen, Laurence) (Entered: 09/27/2024) |
| 10/02/2024 | 28 | APPLICATION of Non–Resident Attorney Phillip Kim to Appear Pro Hac Vice on behalf of Movant Richard Kraemer (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–38322047) filed by plaintiff Richard Kraemer. (Attachments: # 1 Proposed Order) (Rosen, Laurence) (Entered: 10/02/2024) |
| 10/02/2024 | 29 | (IN CHAMBERS) ORDER TEXT ONLY ENTRY by Judge Maame Ewusi–Mensah Frimpong: The Court, having considered the Request for a Telephonic Appearance ECF No. 27 and finding good cause therefor, hereby GRANTS the Request and ORDERS that all parties are permitted to appear via Zoom at the hearing set on October 3, 2024, at 10:00 a.m. The Zoom link is found on the Court's website: https://www.cacd.uscourts.gov/honorable–maame–ewusi–mensah–frimpong. Prior to the hearing, the parties must consult the "Guidelines for Zoom Courtroom Proceedings" found on the Court's website. Failure to comply with the Guidelines may result in future requests for Zoom appearances being denied. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 10/02/2024) |
| 10/03/2024 | 30 | MINUTE ORDER OF MOTION FOR APPOINTMENT OF COUNSEL 11 held before Judge Maame Ewusi–Mensah Frimpong. For the reasons stated on the record, the matter is taken under submission. Order to issue. IT IS SO ORDERED. Court Reporter: Laura Elias. (yl) (Entered: 10/04/2024) |
| 10/03/2024 | 32 | |

| | | |
|---|---|---|
| | | (IN CHAMBERS) ORDER REGARDING HEARING ON KRAEMERS' MOTION FOR APPOINTMENT OF COUNSEL AND APPOINTED OF LEAD PLAINTIFF AND HOLDING MOTION IN ABEYANCE (ECF 11 ) by Judge Maame Ewusi–Mensah Frimpong. The Court ORDERS as follows: The Court finds that Kraemer is the presumptive lead plaintiff in this action. This is not a final determination that Kraemer shall be lead plaintiff, as others shall have anopportunity to challenge this presumption as described below. Counsel for Kraemer and Baker is ORDERED to publish, in accordance with the statutory requirements, an updated Notice regarding this litigation. Kraemer's Motion (ECF No. 11) shall be held in abeyance pending the Court's review of any other submissions made in the 60–day deadline described above. (See document for further details) (yl) (Entered: 10/07/2024) |
| 10/03/2024 | 33 | FOR COURT USE ONLY: STATISTICAL CORRECTION holding in abeyance 11 regarding Order 32 (yl) (Entered: 10/07/2024) |
| 10/04/2024 | 31 | ORDER by Judge Maame Ewusi–Mensah Frimpong: granting 28 Non–Resident Attorney Phillip Kim APPLICATION to Appear Pro Hac Vice on behalf of Movant Richard Kraemer, designating Laurence Rosen as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (sbou) (Entered: 10/04/2024) |
| 10/18/2024 | 34 | DECLARATION of Phillip Kim *Regarding Publication of Updated PSLRA Notice* filed by Movant Richard Kraemer. (Attachments: # 1 Exhibit 1. Updated PSLRA Notice)(Kim, Phillip) (Entered: 10/18/2024) |
| 01/06/2025 | 35 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of Indiana *(Consented)* filed by Defendant Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith. Motion set for hearing on 2/13/2025 at 02:00 PM before Judge Maame Ewusi–Mensah Frimpong. (Attachments: # 1 Memorandum of Points and Authorities in Support, # 2 Declaration of Luther Peters in Support, # 3 Declaration of Jessica Lewis in Support, # 4 Exhibit A, # 5 Exhibit B, # 6 Proposed Order) (Lewis, Jessica) (Entered: 01/06/2025) |
| 01/06/2025 | 36 | Joint STIPULATION to Waive Oral Argument for Hearing on Defendants' Consented to Motion to Transfer Venue filed by Defendant Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, Mark A. Smith. (Attachments: # 1 Proposed Order)(Lewis, Jessica) (Entered: 01/06/2025) |
| 01/15/2025 | 37 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER TAKING DEFENDANT'S MOTION TO TRANSFER CASE (ECF No. 35 ) UNDER SUBMISSION by Judge Maame Ewusi–Mensah Frimpong: The Court has considered the matters raised with respect to the Motion and has concluded that pursuant to Local Rule 7.15, the matter can be decided without oral argument. The Court advises counsel that the Motion, noticed for hearing on February 13, 2025, has been taken under submission and off its motion calendar. No appearance by counsel is necessary. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 01/15/2025) |
| 02/25/2025 | 38 | (IN CHAMBERS) ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND APPOINTMENT of Lead Counsel 11 by Judge Maame Ewusi–Mensah Frimpong. The 60–day period for possible objections to Kraemer's status as lead Plaintiff has now passed. No party or non–party filed any objection or any other motion to be appointed as lead plaintiff. Accordingly, with good cause appearing, the Court hereby GRANTS Kraemer's Motion for Appointment of Counsel and Appointment of Lead Plaintiff 11 . (SEE DOCUMENT FOR FURTHER DETAILS) (yl) (Entered: 02/26/2025) |
| 03/04/2025 | 39 | ORDER GRANTING DEFENDANTS' CONSENTED TO MOTION TO TRANSFER VENUE [ECF NO. 35] by Judge Maame Ewusi–Mensah Frimpong: On January 6, 2025, Defendants filed a Consented to Motion to Transfer Venue to the U.S. District Court for the Southern District of Indiana. The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the action shall be TRANSFERRED to the Southern |

District of Indiana. (MD JS−6. Case Terminated.) (bm) (Entered: 03/05/2025)