**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TOM BAKER, *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.  1:25-cv-00430-SEB-MJD<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RELATED CASES**

Pursuant to Rule 40-1(d) of the Local Rules of Court, Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, and Mark A. Smith ("Defendants") hereby notify the Court of the following related cases:

1.    *The Vladimir Gusinsky Revocable Trust v. Cummins, Inc. et al*, 1:24-cv-00128-TWP-MKK (filed January 19, 2024).

2.    *Ingersoll v. Linebarger*, *et al.*, 1:24-cv-01073-TWP-MKK (filed on June 24, 2024) (Closed on August 30, 2024) (Dkt. No. 26). This action has been consolidated with 1:24-cv-00128-TWP-MKK (Dkt. No. 25).

This action was filed in the United States District Court for the Central District of California on January 15, 2024, making it the first filed of the three related actions. *See* Rule 40-1(e) of the Local Rules of Court ("When the court determines that two cases are related, the case filed later may, in the court's discretion, be transferred to the judicial officer handling the earlier-filed case.").

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Paul A. Wolfla*

Paul A. Wolfla (#24709-49)
300 North Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: paul.wolfla@faegredrinker.com

*Attorney for Defendants*

2

DMS_US.369960759.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the parties listed below by operation of the Court's electronic

filing system. Parties may access this filing through the Court's system.

Laurence M. Rosen
**THE ROSEN LAW FIRM P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com


*/s/ Paul A. Wolfla*

3

DMS_US.369960759.1