UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TOM BAKER Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>CUMMINS INC,<br>N. THOMAS LINEBARGER,<br>JENNIFER RUMSEY,<br>MARK A SMITH,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:25-cv-00430-TWP-MKK |
| RICHARD KRAEMER,<br><br>            Movant. | ) ) ) ) | |

## ORDER

Before the Court is the Parties' Joint Motion for Establishment of Interim Schedule and for Relief from Obligations Imposed by Local Rule 16-1(c). Dkt. [62]. The Motion is **GRANTED IN PART**. The briefing schedule shall be as follows:

| Event | Deadline |
|---|---|
| Lead Plaintiff files amended complaint | April 25, 2025 |
| Defendants file motion to dismiss | May 23, 2025 |
| Lead Plaintiff files opposition brief | June 13, 2025 |
| Defendants file reply brief | June 27, 2025 |

Discovery is **STAYED** pending the resolution of Defendants' Motion to Dismiss. If Defendants do not file a Motion to Dismiss, their responsive pleading shall be due May 23, 2025, and the stay will be automatically lifted.

So ORDERED.

Date: 4/7/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF