UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM BAKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH,<br><br>        Defendants. | Case No.: 1:25-cv-00430-TWP-MKK |

**DECLARATION OF MICHAEL G. BONGIORNO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Michael G. Bongiorno, hereby declare under penalty of perjury as follows:

1. I am a partner with the firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants Cummins Inc., N. Thomas Linebarger, Jennifer Rumsey, and Mark A. Smith (collectively, "Defendants") in the above-captioned matter. I am duly admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the State of New Hampshire. I am admitted to practice *pro hac vice* in the Southern District of Indiana. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2. Attached as Exhibit 1 is a true and correct copy of Accounting Standards Codification 450-20 published by the Financial Accounting Standards Board.

3. Attached as Exhibit 2 is a true and correct copy of the Cummins Inc. May 2, 2023 First Quarter 2023 Earnings Call Transcript published by S&P Global Market Intelligence.

4. Attached as Exhibit 3 is a true and correct copy of the Evercore ISI Report published on December 22, 2023 by David Raso, Jeff Morrison, and Oliver Liao.

5. Attached as Exhibit 4 is a true and correct copy of the Cummins Inc. May 4, 2021 First Quarter 2021 Earnings Call Transcript published by S&P Global Market Intelligence.

6. Attached as Exhibit 5 is a true and correct copy of the Plea Agreement entered on the docket in *United States v. Volkswagen, AG*, 2:16-cr-20394 (E.D. Mich. Mar. 10, 2017).

7. Attached as Exhibit 6 is a true and correct excerpted copy of the Consent Decree entered on the docket in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, 3:17-md-02777 (N.D. Cal. Jan. 10, 2019).

8. Attached as Exhibit 7 is a true and correct excerpted copy of the Consent Decree entered on the docket in *United States v. Daimler AG*, 1:20-cv-02564 (D.D.C. Mar. 9, 2021)

9. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May 2025, in Boston, Massachusetts.

                                              */s/ Michael G. Bongiorno*
                                              Michael G. Bongiorno

## CERTIFICATE OF SERVICE

I hereby certify that, on May 23, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian B. Alexander
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: BAlexander@RosenLegal.com

Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
Telephone: (317) 251-1100
Fax: (317) 252-0352
Email: Eric@PavlackLawFirm.com
Email: Colin@PavlackLawFirm.com

    */s/ Michael G. Bongiorno*
    *Michael G. Bongiorno*