UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM BAKER, Individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH,<br><br> Defendants. | CASE NO. 1:25-cv-00430-TWP-MKK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING**
***JOINT* MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

This matter comes before the Court on the Parties *Joint Motion for Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss the Amended Class Action Complaint*. The Court being duly advised, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's response to Defendants' Motion to Dismiss shall be due on or before October 10, 2025, and Defendants' reply shall be due on or before October 24, 2025.

Date: 8/26/2025

                 _____
                 Hon. Tanya Walton Pratt, Judge
                 United States District Court
                 Southern District of Indiana

Distribution:

All counsel of record