# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM BAKER, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH,<br><br>　　Defendants. | CASE NO. 1:25-cv-00430-TWP-MKK<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF PRELIMINARY SETTLEMENT

Plaintiff, by counsel, pursuant to S.D. Ind. Local Rule 7-1(h) hereby notifies the Court that the parties have reached a preliminary settlement on behalf of the proposed Class. *See Amended Complaint*, [dkt. 78 ¶1] (asserting claims under the Securities Exchange Act of 1934 on behalf of proposed Class).

The parties are working to reduce the terms of their agreement to a formal settlement. Once that is completed, the named-Plaintiff will seek class certification and approval of the settlement pursuant to the dictates of Rule 23(e) of the Federal Rules of Civil Procedure. *See*, *e.g.*, *Probst v. Eli Lilly & Co. Lilly USA LLC*, No. 1:22-cv-01986-MKK-SEB, 2023 U.S. Dist. LEXIS 237168, 2023 WL 11051728 (S.D. Ind. Nov. 21, 2023) (Klump, M.J.).

In the interest of judicial economy, Plaintiff further requests that the Court stay all pending deadlines pending resolution of the forthcoming Rule 23(e) motions for conditional certification and for preliminary approval of the settlement.

Plaintiff respectfully requests forty-five (45) days in which to formalize the preliminary

settlement and to file motions pursuant to Rule 23(e) to obtain preliminary approval of a class-action settlement and seek conditional class certification. *See Probst*, 2023 U.S. Dist. LEXIS 237168, at *3-4 (Rule 23(e) approval of class-action settlements is a three-step process).

WHEREFORE, Plaintiff, by counsel, respectfully notifies the Court of a preliminary settlement of this matter and requests that the Court: (1) stay all pending deadlines; (2) provide Plaintiff forty-five (45) days to formalize the preliminary settlement and file for preliminary approval of a class-action settlement and seek conditional class certification; and (3) for all other just and proper relief.

Dated: October 9, 2025

                      Respectfully submitted,

                      **THE ROSEN LAW FIRM, P.A.**
                      /s/ *Brian B. Alexander*
                      Brian B. Alexander (*pro hac vice*)
                      275 Madison Avenue
                      40th Floor
                      New York, NY 10016
                      Telephone: (212) 686-1060
                      Fax: (212) 202-3827
                      Email: balexander@rosenlegal.com

                      *Lead Counsel for Lead Plaintiff and Class*

                      Eric S. Pavlack (SBN 21773-49)
                      Colin E. Flora (SBN 29914-49)
                      **PAVLACK LAW, LLC**
                      50 E. 91st St., Ste. 305
                      Indianapolis, IN 46240
                      Telephone: (317) 251-1100
                      Fax: (317) 252-0352
                      Email: Eric@PavlackLawFirm.com
                      Email: Colin@PavlackLawFirm.com

                      *Local Counsel for Lead Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's ECF system on October 9, 2025. Notice of this filing will be sent automatically by operation of the Court's system to all counsel of record.

/s/ *Brian B. Alexander*
Brian B. Alexander