**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

TOM BAKER, Individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

CUMMINS INC., N. THOMAS
LINEBARGER, JENNIFER RUMSEY, and
MARK A. SMITH,

     Defendants.

CASE NO. 1:25-cv-00430-TWP-MKK

<u>CLASS ACTION</u>

JURY TRIAL DEMANDED

**<u>ORDER FOLLOWING PLAINTIFF'S</u>**
**<u>NOTICE OF PRELIMINARY SETTLEMENT</u>**

On October 9, 2025, the Court received *Plaintiff's Notice of Preliminary Settlement*, notifying the Court that the parties have reached a preliminary settlement and requesting that: (i) the Court stay all pending deadlines and (ii) provide the Plaintiff forty-five (45) days in which to formalize the preliminary settlement and submit the appropriate filings for approval of a class-action settlement in accordance with Rule 23(e) of the Federal Rules of Civil Procedure. The Court, having reviewed that Notice and otherwise being duly advised, now finds that the requested relief should be GRANTED.

IT IS THEREFORE ORDERED that:

- All pending deadlines in this action are stayed pending resolution of the Plaintiff's forthcoming Rule 23(e) filings; and

- Within **<u>forty-five (45) days</u>** of this Order, Plaintiff shall formalize the preliminary settlement and make his initial filings required for conditional certification and preliminary settlement approval in accordance with Rule 23(e).

_____
Date

_____
Judge, United State District Court
Southern District of Indiana

Distribution:

All counsel of record