UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TOM BAKER Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-00430-TWP-MKK |
| CUMMINS INC, N. THOMAS LINEBARGER, JENNIFER RUMSEY, MARK A SMITH, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| RICHARD KRAEMER, | ) ) ) | |
| Movant. | ) | |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Preliminary Settlement, Dkt. [90]. In their Notice, Plaintiff requests that the Court stay all deadlines pending resolution of the forthcoming Fed. R. Civ. P. 23(e) motions for conditional certification and for preliminary approval of the settlement.

The Court finds that good cause exists to stay discovery and pre-trial deadlines in this case until the preliminary settlement has been formalized and Plaintiff has filed for preliminary approval of a class-action settlement and conditional class certification.

Discovery and all pre-trial deadlines are **STAYED** pending resolution of Plaintiff's forthcoming Rule 23(e) filings.

The Court **DIRECTS** Plaintiff to formalize the preliminary settlement and make the initial filings required for conditional certification and preliminary settlement approval in accordance with Fed. R. Civ. P. 23(e) **on or before December 1, 2025**.

So **ORDERED.**

Date: 10/23/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email.