UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM BAKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH,<br><br>    Defendants. | CASE NO. 1:25-cv-00430-TWP-MKK<br><br><u>CLASS ACTION</u> |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Richard Kraemer ("Lead Plaintiff"), through his undersigned attorneys, respectfully move this Court, the Honorable Tanya Walton Pratt, United States District Judge of the Southern District of Indiana, at Birch Bayh Federal Building & U.S. Courthouse, 46 East Ohio Street, Courtroom 344, Indianapolis, IN 46204, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Lead Plaintiff and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Lead Plaintiff's supporting Memorandum of Law, the Declaration of Brian B. Alexander, each filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the entry of the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Proposed Order"), but otherwise takes no position on this motion. Accordingly, Lead Plaintiff requests that the Court enter the Proposed Order, also attached as Exhibit A to the Stipulation, submitted herewith for the Court's convenience.

Dated: December 8, 2025                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Brian B. Alexander*
Brian B. Alexander (*pro hac vice*)
275 Madison Avenue
40th Floor
New York, NY 10016
Telephone: (212) 686-1060

1

Fax: (212) 202-3827
Email: balexander@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

Eric S. Pavlack (SBN 21773-49)
Colin E. Flora (SBN 29914-49)
**PAVLACK LAW, LLC**
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
Telephone: (317) 251-1100
Fax: (317) 252-0352
Email: Eric@PavlackLawFirm.com
Email: Colin@PavlackLawFirm.com

*Local Counsel for Lead Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's ECF system on December 8, 2025. Notice of this filing will be sent automatically by operation of the Court's system to all counsel of record.

/s/ *Brian B. Alexander*
Brian B. Alexander