**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| TOM BAKER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>CUMMINS INC., N. THOMAS LINEBARGER, JENNIFER RUMSEY, and MARK A. SMITH,<br><br>     Defendants. | CASE NO. 1:25-cv-00430-TWP-MKK<br><br><u>CLASS ACTION</u> |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
<u>LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF</u>**

PLEASE TAKE NOTICE that, pursuant to the Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 99),[1] on May 21, 2026 at 10:00 a.m., before the Honorable Tanya Walton Pratt, United States District Judge of the Southern District of Indiana, at Birch Bayh Federal Building & U.S. Courthouse, 46 East Ohio Street, Courtroom 344, Indianapolis, IN 46204, Lead Plaintiff Richard Kraemer will move the Court for entry of an Order granting: (1) attorneys' fees in the amount of 30% of the Settlement Amount, plus interest; (2) reimbursement of litigation expenses, plus interest; and (3) an Award to Lead Plaintiff.

This motion is based on: (a) this Notice of Motion; (b) the accompanying Memorandum of Law in Support thereof; (c) the Declaration of Brian Alexander in Support of the Motions for: (I) Final Approval of Class Action Settlement; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff (and all exhibits thereto); (d) the pleadings and papers filed herein; (e) arguments of counsel; and (f) any other matters properly before the Court.

Lead Plaintiff will submit a proposed order granting the requested relief with his reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: April 16, 2026                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ *Brian B. Alexander*
                                         Brian B. Alexander (*pro hac vice*)
                                         275 Madison Avenue
                                         40th Floor
                                         New York, NY 10016

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings ascribed to them in the Stipulation of Settlement (Dkt. No. 95).

1

Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: balexander@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*


Eric S. Pavlack (SBN 21773-49)
Colin E. Flora (SBN 29914-49)
**PAVLACK LAW, LLC**
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
Telephone: (317) 251-1100
Fax: (317) 252-0352
Email: Eric@PavlackLawFirm.com
Email: Colin@PavlackLawFirm.com


*Local Counsel for Lead Plaintiff and Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was filed with the Court's ECF system on April 16, 2026. Notice of this filing will be sent automatically by operation of the Court's system to all counsel of record.

/s/ *Brian B. Alexander*
Brian B. Alexander

3